**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BOONE FUNERAL HOME, INC.**                                                     **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO. 4:16-cv-180-DMB-SAA**

**LAKEVIEW GARDENS, INC.,
JOHN ARTHUR MORTIMER II, AND
JOHN DOES 1-3**                                                  **DEFENDANTS**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, it is hereby stipulated by and between the parties to this action that the above styled and numbered civil action shall be, and the same hereby is, dismissed with prejudice, with each party to bear their own costs and attorney's fees.

**SO STIPULATED,** this the 30th day of June, 2017.

                                           **BOONE FUNERAL HOME, INC.,
Plaintiff**

                                           **By:** */s/ P. Scott Phillips*
                                           **P. Scott Phillips, MSB No. 4168
Counsel for Plaintiff**
                                           E-mail: sphillips@campbelldelongllp.com

                                           **LAKEVIEW GARDENS, INC. and JOHN ARTHUR MORTIMER, II, Defendants**

                                           **By:**     */s/ M. Austin Frye*
                                           **M. Austin Frye, MSB 104257
Counsel for the Defendants**
                                           E-Mail: af@harrislawfirm.com