**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BOONE FUNERAL HOME, INC.**                                                            **PLAINTIFF**

**V.**                                                            **NO. 4:16-CV-180-DMB-RP**

**LAKEVIEW GARDENS, INC.,**
**JOHN ARTHUR MORTIMER II,**
**and JOHN DOES 1-3**                                                            **DEFENDANTS**

## ORDER CLOSING CASE

On June 30, 2017, Boone Funeral Home, Inc. filed a "Stipulation of Dismissal," signed on its behalf and on behalf of all other parties who have appeared, stating that "it is hereby stipulated by and between the parties to this action that the above styled and numbered civil action shall be, and the same hereby is, dismissed with prejudice, with each party to bear their own costs and attorney's fees." Doc. #42. The same day, counsel for Lakeview Gardens, Inc. and John Arthur Mortimer II filed a "Notice of Endorsement" regarding "the inclusion of his signature on the previously filed *Stipulation of Dismissal* in this matter." Doc. #43. Accordingly, the Clerk of the Court is **DIRECTED** to close this case on the Court's docket.

**SO ORDERED**, this 5th day of July, 2017.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**